1046

[No. 64304-5-I. Division One. November 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. NOLAN M. DENUNZIO, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-00537-0, Michael E. Rickert, J., entered October 1, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Ellington, J.

[No. 64821-7-I. Division One. November 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY RAY SEXTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-00506-1, Sharon S. Armstrong, J., entered December 18, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Lau and Spearman, JJ.

[No. 38775-1-II. Division Two. November 24, 2010.]

THE STATE OF WASHINGTON ET AL., *Respondents*, v. JOHN THOMAS ENTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00077-7, James E. Warme, J., entered December 15, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Casey, J. Pro Tem.

[No. 39170-8-II. Division Two. November 24, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL H. NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-03879-5, Bryan E. Chushcoff, J., entered April 10, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Quinn-Brintnall, J., and Williams, J. Pro Tem.